UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JUN -1 PM 3: 46

CLERK

BY _____
DEPUTY CLERK

TODD NORRIS, )
    Plaintiff, )
  )
v. )  Case No.: 2:16-cv-147
  )
PROGRESSIVE INSURANCE COMPANY, )
    Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties hereto, by and through their respective attorneys, and stipulate and agree that an entry of Dismissed with Prejudice may be made in the above-captioned matter:

TODD NORRIS
Plaintiff

Dated: 5/31/18

_____
David J. Williams, Esq.
Attorney for Plaintiff

PROGRESSIVE INSURANCE CO.
Defendant

Dated: 5-23-18

_____
Susan J. Flynn, Esq.
Attorney for Defendant

APPROVED AND ORDERED:

DATED 6/1/18

_____
Presiding Judge